IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| OCTAVIA EVERETT,<br><br>    Plaintiff,<br><br>    v.<br><br>SCREENING REPORTS, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   **Civil Action No. 1:17-cv-00071-ELR-CMS**<br>)<br>)   **Electronically Filed**<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

    Kindly withdraw the appearance of Geoffrey H. Baskerville on behalf of Plaintiff, Octavia Everett in the above-captioned matter.

    Respectfully Submitted,

    **FRANCIS & MAILMAN, P.C.**

BY:   */s/ Geoffrey H. Baskerville*
        GEOFFREY H. BASKERVILLE
        Land Title Building, 19th Floor
        100 South Broad Street
        Philadelphia, PA 19110
        (215) 735-8600

Dated: May 19, 2017        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Geoffrey H. Baskerville, hereby certify that on May 19, 2017, I served the foregoing notice on all counsel of record via ECF.

                                      FRANCIS & MAILMAN, P.C.

BY:   */s/ Geoffrey H. Baskerville*
                    GEOFFREY H. BASKERVILLE

                                      *Attorneys for Plaintiff*