IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OCTAVIA EVERETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCREENING REPORTS, INC. )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:17-cv-00071-ELR-CMS<br><br>Electronically Filed |

## CERTIFICATE OF CONSENT FOR WITHDRAWAL OF ATTORNEY

COMES NOW, Plaintiff, Octavia Everett, and pursuant to L.R. 83.1(E)(2)(d) N.D.Ga., gives notice that Erin A. Novak, formerly of the law firm of Francis & Mailman, P.C., withdraws as counsel for Plaintiff. Octavia Everett submits that she consents to this withdrawal of counsel.

Plaintiff requests that all notices and other matters relative to this case be sent to James Feagle of Skaar & Feagle, LLP and Geoffrey H. Baskerville of Francis & Mailman, P.C., at the below addresses, who remain as counsel of record for Plaintiff.

Dated: September 5, 2017

Respectfully Submitted,
**FRANCIS & MAILMAN, P.C.**

BY: _____
GEOFFREY H. BASKERVILLE
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

James Feagle, Esq.
Skaar & Feagle, LLP
2374 Main Street
(404) 373-1970

*Attorneys for Plaintiff*


With the consent of,

_____
Octavia Everett, Plaintiff


With the consent of,

_____
Erin A. Novak, Withdrawing Attorney

## CERTIFICATE OF SERVICE

I, Geoffrey H. Baskerville, hereby certify that on September 5, 2017, I served the foregoing notice on all counsel of record via ECF.

                                            FRANCIS & MAILMAN, P.C.

BY: /s/ Geoffrey H. Baskerville
                                            GEOFFREY H. BASKERVILLE

                                            *Attorneys for Plaintiff*